130-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
POSEIDON SPECIAL MARITIME ENTERPRISE (E.N.E.)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
POSEIDON SPECIAL MARITIME ENTERPRISE (E.N.E.),    08 CV _____ (___)

                                        Plaintiff,

                                                        **RULE 7.1 STATEMENT**

        -against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO. a/k/a BELARUSSIAN SHIPPING CO
a/k/a BELARUSIAN SHIPPING COMPANY a/k/a
BELORUSSIAN SHIPPING COMPANY, TRACER
ALLIANCE LTD., RIMEX LIMITED, DEKKER LIMITED
C/GT GROUP LIMITED, MALTO LTD., and
FORSBERG AND CO. LLP,

                                        Defendants.
-----------------------------------------------------------------x

       The Plaintiff, POSEIDON SPECIAL MARITIME ENTERPRISE (E.N.E.), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       February 29, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                POSEIDON SPECIAL MARITIME
                                ENTERPRISE (E.N.E.)

                        By:     _____
                                Michael E. Unger (MU 0045)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900

NYDOCS1/299818.1